UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LATOYIA D. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:05-cv-1186-RLY-TAB |
| | ) | |
| HOLIDAY INN EAST, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 02/05/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Stephanie A.H. Blackman
BARNES & THORNBURG
stephanie.blackman@btlaw.com

Peter A. Morse Jr
BARNES & THORNBURG LLP
pmorse@btlaw.com

Latoyia D. Freeman
4002 Cass Court
Indianapolis, IN 46235